698 A.2d 590

**Nicholas J. PALLOTTO, Appellee,**

v.

**BOARD OF SCHOOL DIRECTORS OF NORTH CLARION COUNTY SCHOOL DISTRICT, Appellant.**

Supreme Court of Pennsylvania.

Argued March 4, 1997.

Decided Sept. 16, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of September, 1997, the appeal is dismissed as having been improvidently granted.